**SARDARBEGIAN LAW OFFICES**
Henrik Sardarbegian, Esq.
300 W. Glenoaks Blvd., Suite #102
Glendale, CA 91202

ORIGINAL

FILED

AUG - 4 2014

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

In Re: **Akop Jack Mesropyan**

Case No.: **1:14-bk-13505-VK**

**Motion to vacate dismissal and Extension of time to provide missing documents.**

## STATEMENT OF FACTS

On July 24, 2014 my office filed a bankruptcy petition on behalf of my client, Mr. Akop Jack Mesropyan. The Trustee assigned to the case was David Seror and the Judge assigned was Victoria S. Kaufman. At the time of the filing, I received in a notice of deficiency due on August 8, 2014 [Exhibit A]. I gathered all the necessary documents and mailed them to the court located at 21041 Burbank Blvd., Woodland Hills, CA 91367-6603 on July 25, 2014. The documents were mailed as a result of a server issue which did not allow us to E-File. On August 1, 2014, I received a notice dated July 28, 2014, that an order and notice of dismissal was granted. After contacting the court, on August 1, 2014, I was advised that an Electronic Filing Declaration and a Statement of Social-Security Number OR were missing from the filing and was the reason for the dismissal. My office never received any sort of notice for the missing documentation. Had we been given any notice for the missing documents, we would have complied immediately and within the allowed time.

## MOTION TO VACATE DISMISSAL AND EXTENSION OF TIME TO REFILE

## MISSING DOCUMENTS

1

2      I hereby request the court to reconsider the dismissal of my client's bankruptcy petition by

3  allowing me to reopen the bankruptcy case and to give me the opportunity to amend/file any

4  paperwork missing.  I have attempted to comply with all of the Court's mandate but for some

5  unexplained reason the clerk did not process the documents nor was I told there were any missing

6  documentation nor was a notice ever provided to our office.  My client does not have the money

7  to refile his petition and this motion is based on the fact that our office has tried in good faith to

8  comply with the court's mandates.

9      My client's petition was genuine and my client is having a hard time surviving in these

10 terrible economical times so we respectfully request for the court to reopen the case and allow the

11 reaffirmation hearing to be heard. Thank you in advance.

12

13

14  Date: 8/4/2014                         Henrik Sardarbegian, Esq.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

# United States Bankruptcy Court
## Central District Of California

| | |
|---|---|
| In re:<br>Akop Jack Mesrpoyan | CHAPTER NO.:  7 |
| | CASE NO.: 1:14-bk-13505 |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and FRBP 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4)

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002-1(c) and 5005-2, and Court Manual, section 2-1(a)(7).

    Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

    21041 Burbank Blvd, Woodland Hills, CA 91367-6603

If you have any questions, please contact the below-referenced Deputy Clerk:

Dated: <u>July 24, 2014</u>

KATHLEEN J. CAMPBELL, CLERK OF COURT

By: <u>Nancy Vandensteen</u>
**Deputy Clerk**

ccdn - Revised 06/2014

1 / NV