

**FILED & ENTERED**

**AUG 29 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Briggs    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Akop Jack Mesrpoyan,<br><br><br>                    Debtor. | Case No.: 1:14-bk-13505-VK<br><br>CHAPTER 7<br><br>**ORDER GRANTING DEBTOR'S MOTION TO VACATE DISMISSAL**<br><br>[No hearing required] |

     On August 7, 2014, Akop Jack Mesrpoyan filed his *Motion to Vacate Dismissal and Extension of Time to Provide Missing Documents* [docket #14] (the "Motion") seeking to vacate

///
///
///
///
///
///
///
///

-1-

the *Order and Notice of Dismissal for Failure to File Initial Petition Documents* [docket #10] (the "Dismissal Order") entered on July 28, 2014.  The Court having reviewed the Motion, and good cause appearing, it is hereby

    ORDERED, that the Motion is granted; and it is further

    ORDERED, that the Dismissal Order is hereby vacated; and it is further

    ORDERED, that the automatic stay will not apply to actions taken during the time between the entry of the Dismissal Order and the entry of this Order.

###

Date: August 29, 2014

Victoria S. Kaufman
United States Bankruptcy Judge